Jan. 13. 2021

To The Office of the Tenth Court of Appeals:       RE: Court of Appeals #: 10-20-00288-CV
ATTN: Nita Whitener, Clerk       Trial Court Case # 2019-792-C2
Style: In re Brian Davenport

This is a request for information by the relator in the above listed cause. Relator, Brian Davenport, filed a petition for writ of mandamus with this court in which a response was requested by this court, to be filed with the clerk of this court within 21 Days from the 18th of November 2020. To this day the 13th of January 2021, relator has yet to be notified of any such response to the petition, nor have I been informed of any ruling made by the judge of the trial court of which the original issue arose from. I have sent a previous request for information about the status of the petition filed by this court to the clerk, to which there was no reply. I have also sent a motion for Summary/Default Judgment to this court since it has become apparent that getting a ruling on the original motion to Dismiss from the original trial court on this matter is not going to happen. Any and all information about the status of this situation that your office could provide me directly could be greatly appreciated. Respectfully, Submitted by

Brian Davenport relator
# 0157694
3201 E. Hwy 6
Waco, Tx. 76705

RECEIVED
JAN 1 2021
COURT OF APPEALS
WACO, TEXAS

Brian Davenport
#01576941
McLennan County Jail
3201 E. Hwy 6
Waco, Tx. 76705

Nita Whitener
Tenth Court of Appeals
McLennan County Courthouse
501 Washington Ave. Rm 415
Waco, Tx. 76701

76701-137315

NORTH TEXAS TX P&DC
DALLAS TX 750
14 JAN 2021 PM 10 L

RECEIVED
JAN 19 2021
COURT OF APPEALS
WACO, TEXAS

★ USA ★ FOREVER ★